```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DENIS J. MONETTE                    :
                                    :
            Plaintiff,              :       VERDICT SHEET
                                    :       11-CV-539 (JFB)(AKT)
            – against –             :
                                    :
THE COUNTY OF NASSAU,               :
                                    :
            Defendant.              :
                                    :
------------------------------------X
```

## PART I. LIABILITY

**CLAIM ONE: DISABILITY DISCRIMINATION UNDER THE ADA**

1. a. Did plaintiff prove, by a preponderance of the evidence, that he was "disabled" within the meaning of the ADA, as was defined in the Court's instructions?

    Yes _____   No _____

   b. Did plaintiff prove, by a preponderance of the evidence, that he had a "record of disability" within the meaning of the ADA, as was defined in the Court's instructions?

    Yes _____   No _____

   **[If your answer to Question 1.a and/or 1.b is "Yes," proceed to Question 1.c. If your answer to both is "No," proceed to Question 2.]**

   c. Did plaintiff prove, by a preponderance of the evidence, that the County of Nassau had knowledge of plaintiff's disability, as was defined in the Court's instructions?

    Yes _____   No _____

   **[If your answer to Question 1.c is "Yes," proceed to Question 1.d. If your answer is "No," proceed to Question 2.]**

   d. Did plaintiff prove, by a preponderance of the evidence, his claim that the County of Nassau discriminated against him based upon his disability, in connection with his transfer and/or termination?

    Yes _____   No _____

**CLAIM TWO: RETALIATION UNDER THE ADA**

2.  Did plaintiff prove, by a preponderance of the evidence, his claim that the County of Nassau terminated plaintiff as Assistant Commissioner of Police in retaliation for his complaints of disability discrimination?

$$\text{Yes \_\_\_\_\_ \quad No \_\_\_\_\_}$$

**CLAIM THREE: HOSTILE WORK ENVIRONMENT UNDER THE ADA**

3.  Did plaintiff prove, by a preponderance of the evidence, his claim that the County of Nassau subjected him to a hostile work environment because of his disability?

$$\text{Yes \_\_\_\_\_ \quad No \_\_\_\_\_}$$

**CLAIM FOUR: SECTION 1983 CLAIM**

4.  Did plaintiff prove, by a preponderance of the evidence, his claim that the County of Nassau retaliated against him by terminating him based on his political association, in violation of plaintiff's rights under the First Amendment?

$$\text{Yes\_\_\_\_\_ \quad No_____}$$

**[If you answered "No" to each of Questions 1.d through 4, then leave all the remaining questions blank, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict. If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4 but "Yes" to any of Questions 1.d through 3, proceed to Part II, Question 6, concerning damages.]**

5.  Did the County of Nassau prove, by a preponderance of the evidence, that it would have terminated plaintiff on the same day even if his political association had never changed?

$$\text{Yes\_\_\_\_\_ \quad No_____}$$

**[If you answered "Yes" to Question 5, and "No" to Questions 1.d through 3, leave all the remaining questions blank, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict. If you answered "No" to Question 5, and "Yes" to any of Questions 1.d through 4, proceed to Part II, question 6, concerning damages.]**

**PART II. DAMAGES**

Compensatory Damages

6.      State the amount, if any, that you award the plaintiff for compensatory damages (if you decide not to make an award as to this item, insert the word "None"):

$ _____

**[If you awarded no damages in Question 6, then proceed to Question 7. Otherwise, skip Question 7, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.]**

Nominal Damages

7.      State the amount you award the plaintiff in nominal damages:

$ _____

      Please sign and date the verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.

_____
Foreperson

Dated: Central Islip, New York

_____, 2014