## CIVIL CAUSE FOR JURY TRIAL

BEFORE JUDGE BIANCO     January 31, 2014     TIME: 9:45 a.m.
    TIME IN COURT: 6 hrs.

CASE NUMBER:    CV 11-0539

TITLE:    **Monette v. County of Nassau**

PLTFFS ATTY:    Matt Weinick and Rick Ostrove
    X present     ___ not present

DEFTS ATTY:    Daniel Gomez-Sanchez, Marc Wenger, Mark Mancher
    X present     ___ not present

FILED IN CLERK'S OFFICE U S DISTRICT COURT E D N Y
★ JAN 3 1 2014 ★
**LONG ISLAND OFFICE**

COURT REPORTER: Owen Wicker     COURTROOM DEPUTY: Michele Savona

OTHER: _____

- __X__ CASE CALLED.
- ___ JURY SELECTION ADJ'D TO _____.
- ___ JURY SWORN.
- ___ JURY SELECTION ORDERED AND BEGUN.
- ___ JURY SELECTION HELD
- ___ VOIR DIRE BEGINS.
- ___ JURY SELECTION COMPLETED.
- ___ JURORS SWORN AND TRIAL BEGINS. __ PLTFF OPENS __ DEFT OPENS.
- __X__ JURY TRIAL HELD. ___ JURY TRIAL RESUMES.
- ___ JURY TRIAL TO CONTINUE: 1/31/14 at 9:00 a.m.
- ___ WITNESSES SWORN
- ___ EXHIBITS ENTERED AND ADMITTED INTO EVIDENCE.
- ___ PLTFF RESTS. ___ DEFT RESTS.
- __X__ PLTFF SUMMATION. __X__ DEFT SUMMATION. __X__ PLTFF REBUTTAL.
- __X__ JURY TRIAL ENDS. __X__ JURY CHARGED & DELIBERATIONS BEGIN.
- __X__ **PLTFFS VERDICT** ___ **DEFTS VERDICT.**

Motion to be filed by 3/3/2014

Response to be filed by 4/2/2014

Reply to be filed by 4/16/2014

Oral Argument set for May 2, 2014 at 2:00 p.m.